AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
APR 16 2019
David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-19-0838-M |
| OCHOA, Brayan YOB: 1998<br>Mexican Citizen | ) ) ) ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __4/15/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Knowingly and intentionally possess, with intent to distribute approximately 1.5 kilograms of methamphetamine, a Schedule II Controlled Substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

_Complainant's signature_
Matthew deSaracho, Special Agent, DEA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 4/16/2019 8:20 a.m.

_Judge's signature_

City and state: McAllen, Texas

PETER E. ORMSBY, U.S. Magistrate Judge
_Printed name and title_

Attachment A

On April 15, 2019, law enforcement agents attempted to conduct a traffic stop of a grey Volkswagen in Pharr, Texas. The driver of the Volkswagen, later identified as Brayan OCHOA, failed to stop for law enforcement, and attempted to flee at a high rate of speed. OCHOA traveled to Donna, Texas, where he bailed out and abandoned the Volkswagen in an orange grove in the area of Goolie Rd. and Sioux Rd. OCHOA attempted to hide in an orange grove, and was apprehended approximately twenty (20) minutes later. A search of the vehicle revealed a white, crystalline substance, believed to be crystal methamphetamine, concealed in a cardboard box. DPS transported OCHOA, the suspected crystal methamphetamine, and the Volkswagen to the DEA McAllen District Office. The suspected crystal methamphetamine weighed approximately 1.05 kilograms.

DEA agents conducted a post-arrest interview of OCHOA, during which OCHOA stated he had traveled to the Academy in Pharr, Texas with the narcotics to conduct a narcotics transaction. OCHOA stated that he met with three Hispanic males in the parking lot of the Academy, and showed them the narcotics. OCHOA stated he observed a Texas Department of Public Safety (DPS) marked unit drive by him and the Hispanic males at the Academy, and decided to leave the area. OCHOA stated he then fled from law enforcement and abandoned his vehicle in Donna, Texas. OCHOA stated he was aware that he was transporting narcotics.